SARAH KOZINSKY, SAM KOZINSKY, MARY STANDIG and SAM STANDIG, Appellants, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent.— Order denying motion for a preference in this action affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

THEOKELES MEKEN, Respondent, v. JAMES STOUPAKIS, Appellant.— Order denying defendant's motion for an immediate reference and for removal of coreceivers, and granting plaintiff's motion adjudging the defendant guilty of contempt, reversed on the law and the facts, with ten dollars costs and disbursements, defendant's motion granted to the extent of directing an immediate reference before an official referee, and plaintiff's cross-motion denied, with ten dollars costs. As to the withholding by defendant of moneys belonging to the business, there was not, in our opinion, a showing sufficient to hold him in contempt. The matter may be adjusted upon the settlement of the accounts of the defendant as receiver and his wife as coreceiver. Under the circumstances, and particularly in the light of the allegations of the complaint itself to the effect that plaintiff's only contribution to this copartnership was an old Ford automobile, the motion for an immediate reference should have been granted. Appeal from decision denying reargument dismissed. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD BUTLER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of unlawful entry, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

MAX SCHWARTZ, Plaintiff, v. FENDEN REALTY CORP., Appellant; UNITED TRADING Co., INC., Respondent.— Order denying motion of defendant Fenden Realty Corp. to dismiss the cross-complaint set up against it in the answer of defendant United Trading Co., Inc., affirmed, with ten dollars costs and disbursements, with leave to the appealing defendant to answer the cross-complaint within ten days from the entry of the order hereon, if so advised. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

ANDREW SCHWARZ, Respondent, v. JOHN T. HOFFMAN, Appellant, and FLORENCE McCANN, Defendant.— Order granting plaintiff's motion to strike out the affirmative defense in the answer and for judgment, and referring the matter to an official referee to ascertain and determine the amount of plaintiff's damages, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

FRANK THUNQUIST, JR., an Infant, by FRANK THUNQUIST, His Guardian ad Litem, and FRANK THUNQUIST, Respondents, v. BURNS BROS., Sued Herein as BURNS BROS. COAL & FUEL Co., INC., and MICHAEL KELLY, Appellants.— Action by an infant to recover for personal injuries and by his father for expenses and loss of services. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.